Samuel O. Stoddard, Respondent, v. Richard Rusaw, Appellant.— Judgments affirmed, with costs.   All concurred; Hiscock, J., not sitting.

George F. Cameron, Appellant, v. Jane McBride and Charles H. Root, Respondents.— Judgment affirmed, with costs.   All concurred.

In the Matter of the Final Settlement of the Accounts of Sarah M. Bailey, as, etc., Estate of Octavia R. Warner, Deceased.— Decree of Surrogate's Court affirmed, with costs, on the opinion of Simons, Surrogate.   All concurred

Arthur V. Marlette and Others, Respondents, v. Lena Tumpowski and Others, Appellants.— Judgment affirmed, with costs.   All concurred.

Isaac E. Baird, as Administrator, etc., of Garfield Baird, Deceased, Appellant, v. Erie Railroad Company, Respondent.— Judgment affirmed, with costs.   All concurred, except Spring, J., who dissented; Nash, J., not sitting.

George H. Chadeayne, Appellant, v. City of Buffalo, Respondent.— Judgment affirmed, with costs.   All concurred; Kruse, J., not sitting.

Thomas R. Levis & Company, Respondent, v. Louis Ehrenberg, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Helena O. Mead, Appellant, v. New York Life Insurance Company, Respondent.   (Action No. 1.) — Interlocutory judgment affirmed, with costs. All concurred.

Sarah J. Lewis, Appellant, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment affirmed, with costs.   All concurred.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, Appellants, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Certain Lands, etc., Claimed to Be Owned by August Schneider and Others. (Proceeding No. 67.)   William Simon, Respondent.— Order affirmed, with costs. All concurred; Hiscock, J., not sitting.

Fred Myers, Appellant, v. The Town of Gates, Respondent.— Judgment and order affirmed, with costs.   All concurred.

James H. Brown, Appellant, v. George H. Palmer, Respondent.   Judgments reversed, with costs, and new trial ordered in Municipal Court.   The order herein to be settled by and before Mr. Justice Nash on two days' notice. Held, that the plaintiff having, in good faith and without knowledge of any mistake, furnished material and caused his employees to put a roof on defendant's barn in a manner satisfactory to and as directed by defendant, it is immaterial that the defendant did not know that such material was furnished by the plaintiff instead of another, and that his employees did the work.   Having received the benefits resulting from the furnishing of the labor and materials, the defendant cannot avoid liability by asserting that he did not know the identity of the person who furnished and performed the same, and so, even although he had contracted with another party to do the same work and believed it was in fact being done by such other party.   All concurred.

Lydell L. Wilson, Respondent, v. New York Milk Products Company, Appellant.— Judgment affirmed, with costs.   All concurred.

Oil Well Supply Company, Respondent, v. Phœnix Iron Works Company, Appellant.— Judgment affirmed, with costs.   All concurred.

Harry S. Gail and Others, Respondents, v. Christian Fischer, Appellant, Impleaded with Charles Fischer.— Judgment affirmed, with costs.   All concurred.

In the Matter of the Final Accounting of Francis N. Fitch and Irving N. Tuttle, as Executors, etc., of Sophronia Norton, Deceased.   Francis N. Fitch, Appellant; Jacob Van Wee and Others, Legatees, Respondents.— Order affirmed, with ten dollars costs and disbursements against the appellant personally.   All concurred.

In the Matter of the Application of the City of Rochester, Respondent, to Acquire Lands of Lillian C. Davis, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Lydia L. Powell, a Creditor of the United States Mutual Accident Association of the City of New York, Suing in Her Own Behalf and for All Others Similarly Situated Who Shall Join with Plaintiff and Contribute to the Expenses Thereof, Respondent, v. John H. C. Nevius, Appellant, Impleaded with Charles B. Peet and Others.— Interlocutory judgment affirmed, with costs, and demurrer sustained, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal.   All concurred; Kruse, J., not sitting.